UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-3291-GW-ADSx | Date | March 19, 2026 |
| Title | *Alistair Casey v. USA Badminton, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ryan D. Saba | Howard L. Jacobs |

**PROCEEDINGS: PRETRIAL CONFERENCE**

The Court issued its Tentative Ruling on Defendant's Motion in Limine [35] on March 18, 2026. After conferring with counsel, the Court adopts the Tentative Ruling as its Final Ruling. The Motion is DENIED without prejudice.

The trial currently set for March 31, 2026, is continued to April 1, 2026, at 9:00 a.m. The parties will file a two-page trial brief and joint jury instructions as to the causes of action on or before March 26, 2026.

: 03

Initials of Preparer JG