JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISTAIR CASEY, an individual<br>*Plaintiff*,<br>vs.<br>USA BADMINTON, a Colorado corporation; and DOES 1-20, inclusive<br>*Defendants*. | Case No.: CV 25-3291-GW-CTSx<br>**JUDGMENT** |

# JUDGMENT

This action came on regularly for trial on April 1, 2026 in Department 9 of the United States District Court for the Central District of California, the Honorable George H. Wu, presiding. Plaintiff Alistair Casey was represented by counsel Michael Forman of the law office of Rosen Saba, LLP. Defendant USA Badminton was represented by counsel Howard L. Jacobs of the Law Offices of Howard L. Jacobs.

After admitting evidence and witness testimony, and hearing arguments of counsel at the bench trial, the Court took the matter under submission. On May 19, 2026, the Court issued its Findings of Fact and Conclusions of Law, entering an award in favor of Plaintiff and against Defendant in the amount of $148,693.38. The Court subsequently awarded costs in the amount of $2,676.03 and attorney's fees in the amount of $177,579.00 in favor of Plaintiff and against Defendant. Pursuant to the Court's Findings of Fact and Conclusions of Law, and the Court's subsequent orders awarding attorney's fees and costs:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1. Judgment on the Complaint is entered in favor of Plaintiff Alistair Casey and against Defendant USA Badminton as follows:

   - Damages in the amount of $148,693.38;
   - Attorneys' Fees in the amount of $177,579.00; and
   - Costs in the amount of $2,676.03.

Accordingly, the total amount of the judgment is $328,948.41.

2. Plaintiff Alistair Casey is awarded post-judgment interest against Defendant USA Badminton at the statutory rate from the date this Judgment entered until this Judgment is fully satisfied.

**IT IS SO ORDERED.**

Dated: August 14, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE